1  Gamma Law, P.C.
   Duy Thai, SBN 157345
2  Email: dthai@gammalaw.com
   Marco Martemucci, SBN 287397
3  Email: mmartemucci@gammalaw.com
4  One Sansome Street, Suite 1400
   San Francisco, California 94104
5  Telephone: 415.901.0510
   Facsimile: 415.422.9962
6

7  Attorneys for Petitioner
   Nippon Hoso Kyokai
8

            UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA
10
                 SAN FRANCISCO DIVISION
11

12 | In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC | Case No. 3:26-mc-80007
13 |   | REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)

17  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

18          PLEASE TAKE NOTICE THAT Petitioner Nippon Hoso Kyokai

19  ("Petitioner" or "NHK") through undersigned counsel and its authorized representatives,

20  hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright

21  Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to YouTube, LLC

22  ("YouTube") to identify certain alleged infringers of certain works in which NHK is the

23  authorized copyright holder, as set forth in the supporting Declaration of Hiroyuki

24  Nakajima ("Nakajima Decl.") being filed concurrently herewith.

25          In support of its request, Petitioner submits and attaches the following: (1)

26  a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for

27  which the DMCA subpoena is sought is proper under the DMCA (see Nakajima Decl.

28

1 ¶ 7); and (3) a copy of the Section 512(c)(3)(A) notice sent at Petitioner's direction to
2 YouTube. (See Schedule 1 of Nakajima Decl.)

4 Dated:   January 14, 2026             GAMMA LAW, P.C.

                                        By  /s/ Marco Martemucci
                                            Marco Martemucci
                                            Attorneys for Petitioner
                                            Nippon Hoso Kyokai