## Attachment 1

To: YouTube, LLC

Petitioner Nippon Hoso Kyokai, hereby request that YouTube, LLC (hereafter "you" or "your" or "YouTube") produce to their attorney, Marco Martemucci, of Gamma Law, P.C., any and all of the DOCUMENTS described under the hearing "II. REQUEST FOR PRODUCTION" below.

### I. DEFINITIONS

1. The word "DOCUMENT", or any variant thereof, is defined to be synonymous in meaning and equal in scope to the usage of the term "documents or electronically stored information" in Fed Rules Civ Proc R 34(a)(1)(A), including the terms defined in Fed Rules Evid R 1001. Where a DOCUMENT has been prepared in several copies, or where additional copies have been made that are not identical or are no longer identical by reason of subsequent notation, highlighting or other modification of any kind whatsoever including, but not limited to, notations on the back of pages thereto, each nonidentical copy shall be considered a separate DOCUMENT. Electronically-stored information shall be produced in PDF format with Bates numbering and appropriate confidentiality designations, along with searchable metadata databases.

2. The word "ACCOUNT 1" means the YouTube user with the account with the following URL: https://www.youtube.com/channel/UCf7cQABxmQQmwgcwnREpLyA.

3. The word "ACCOUNT 2" means the YouTube user with the account with the following URL: https://www.youtube.com/channel/UCHhnf3RgHabfk5f2gUX6EVQ.

4. The word "ACCOUNT 3" means the YouTube user with the account with the following URL: https://www.youtube.com/channel/UCRMii3b1yK3xyNRALi3hJ-A.

5. The word "ACCOUNT 4" means the YouTube user with the account with the following URL: https://www.youtube.com/channel/UC6WEiiijQvBbTSZWybabBCw.

6. The word "ACCOUNT 5" means the YouTube user with the account with the following URL: https://www.youtube.com/channel/UCcdqcI_4b2_CgGHYqsgafDA.

### II. REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1.** ALL DOCUMENTS showing the following information ever registered with ACCOUNT 1:

(i) ALL names, addresses, e-mail addresses (including email addresses used for recovery or other purposes), and telephone numbers;

(ii) ALL names, telephone numbers and addresses (including billing and shipping addresses, and postal codes) of ALL payment methods registered to ACCOUNT 1, including but not limited to credit cards (but not the credit card number,

expiration date, or card validation code) and bank accounts, and the name of the company or financial institution associated with each such payment method.

**REQUEST FOR PRODUCTION NO. 2**. ALL DOCUMENTS showing the following information as of the date that ACCOUNT 1 was created, and for the three-month period immediately preceding January 13, 2025 and until the date that you respond to this request: ALL access log information (IP addresses, corresponding port numbers, corresponding dates and times, access type, and corresponding destination IP addresses) of ACCOUNT 1.

**REQUEST FOR PRODUCTION NO. 3.** ALL DOCUMENTS showing the following information ever registered with ACCOUNT 2:

(i) ALL names, addresses, e-mail addresses (including email addresses used for recovery or other purposes), and telephone numbers;

(ii) ALL names, telephone numbers and addresses (including billing and shipping addresses, and postal codes) of ALL payment methods registered to ACCOUNT 2, including but not limited to credit cards (but not the credit card number, expiration date, or card validation code) and bank accounts, and the name of the company or financial institution associated with each such payment method.

**REQUEST FOR PRODUCTION NO. 4**. ALL DOCUMENTS showing the following information as of the date that ACCOUNT 2 was created, and for the three-month period immediately preceding August 17, 2021 and until the date that you respond to this request: ALL access log information (IP addresses, corresponding port numbers, corresponding dates and times, access type, and corresponding destination IP addresses) of ACCOUNT 2.

**REQUEST FOR PRODUCTION NO. 5.** ALL DOCUMENTS showing the following information ever registered with ACCOUNT 3:

(i) ALL names, addresses, e-mail addresses (including email addresses used for recovery or other purposes), and telephone numbers;

(ii) ALL names, telephone numbers and addresses (including billing and shipping addresses, and postal codes) of ALL payment methods registered to ACCOUNT 3, including but not limited to credit cards (but not the credit card number, expiration date, or card validation code) and bank accounts, and the name of the company or financial institution associated with each such payment method.

**REQUEST FOR PRODUCTION NO. 6**. ALL DOCUMENTS showing the following information as of the date that ACCOUNT 3 was created, and for the three-month period immediately preceding September 23, 2023 and until the date that you respond to this request: ALL access log information (IP addresses, corresponding port numbers, corresponding dates and times, access type, and corresponding destination IP addresses) of ACCOUNT 3.

**REQUEST FOR PRODUCTION NO. 7.** ALL DOCUMENTS showing the following information ever registered with ACCOUNT 4:

    (i)    ALL names, addresses, e-mail addresses (including email addresses used for recovery or other purposes), and telephone numbers;

    (ii)    ALL names, telephone numbers and addresses (including billing and shipping addresses, and postal codes) of ALL payment methods registered to ACCOUNT 4, including but not limited to credit cards (but not the credit card number, expiration date, or card validation code) and bank accounts, and the name of the company or financial institution associated with each such payment method.

**REQUEST FOR PRODUCTION NO. 8**. ALL DOCUMENTS showing the following information as of the date that ACCOUNT 4 was created, and for the three-month period immediately preceding July 19, 2025 and until the date that you respond to this request: ALL access log information (IP addresses, corresponding port numbers, corresponding dates and times, access type, and corresponding destination IP addresses) of ACCOUNT 4.

**REQUEST FOR PRODUCTION NO. 9.** ALL DOCUMENTS showing the following information ever registered with ACCOUNT 5:

    (i)    ALL names, addresses, e-mail addresses (including email addresses used for recovery or other purposes), and telephone numbers;

    (ii)    ALL names, telephone numbers and addresses (including billing and shipping addresses, and postal codes) of ALL payment methods registered to ACCOUNT 5, including but not limited to credit cards (but not the credit card number, expiration date, or card validation code) and bank accounts, and the name of the company or financial institution associated with each such payment method.

**REQUEST FOR PRODUCTION NO. 10**. ALL DOCUMENTS showing the following information as of the date that ACCOUNT 5 was created, and for the three-month period immediately preceding June 2, 2024 and until the date that you respond to this request: ALL access log information (IP addresses, corresponding port numbers, corresponding dates and times, access type, and corresponding destination IP addresses) of ACCOUNT 5.