1  Gamma Law, P.C.
   Duy Thai, SBN 157345
2  Email: dthai@gammalaw.com
   Marco Martemucci, SBN 287397
3  Email: mmartemucci@gammalaw.com
4  One Sansome Street, Suite 1400
   San Francisco, California 94104
5  Telephone: 415.901.0510
   Facsimile: 415.422.9962
6

7  Attorneys for Petitioner
   Nippon Hoso Kyokai
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re 17 U.S.C. § 512(h) Subpoena to YouTube, LLC | Case No. 3:26-mc-80007 |
|---|---|
| | DECLARATION OF HIROYUKI NAKAJIMA IN SUPPORT OF APPLICATION FOR SUBPOENA TO OBTAIN THE IDENTITY OF A YOUTUBE, LLC CUSTOMER PURSUANT TO 17 U.S.C. § 512(h) |

I, <u>Hiroyuki Nakajima</u>, declare as follows:

       1.      I am an attorney with the law firm Tokyo Flex Law Office, copyright counsel for Nippon Hoso Kyokai ("NHK"), a Japanese corporation. I make this declaration in support of NHK's request for the clerk of the District Court for the Northern District of California to issue the subpoena filed concurrently herewith pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this Declaration and if called to do so, I would testify competently thereto.

       2.      I am duly authorized by NHK to make this request on NHK's behalf.

       3.      NHK is a corporation headquartered in Japan and is a Japanese public broadcaster of television and radio channels.

4. NHK recently discovered that certain unreleased visuals from its television shows, for which NHK is the owner of the copyrights, have obtained, and in whole or in part copied, published, displayed, and/or distributed without its authorization, and prior to their scheduled release dates, by certain users of the services run by YouTube, LLC. URLs containing the infringing content and user account information are identified in the DMCA notice NHK sent to YouTube, LLC on November 21, 2025, a true and correct copy of which is attached hereto as Schedule 1 (the "DMCA Notice").

5. Upon information and belief, YouTube, LLC operates the internet video service "YouTube," which enabled the unauthorized reproduction and distribution of copyrighted works to which NHK holds exclusive rights, using the URLs (associated with specific user accounts) identified in the DMCA Notice.

6. On information and belief, YouTube, LLC's policies require a subpoena or court order to compel the company to disclose information about a YouTube user or account used in furtherance of the infringement of another's copyrights.

7. The sole purpose for which the requested subpoena is sought is to obtain the identities of the alleged infringer(s) described in the DMCA Notice and such information will only be used for the purpose of protecting NHK's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on January 14, 2026 in Tokyo, Japan.

*/s/ Hiroyuki Nakajima*
_____
Hiroyuki Nakajima