Schedule 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１－３―３３５３―３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for Nippon Hoso Kyokai

November 21, 2025

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA  94066
Phone: 650-214-3010
Email: copyright@youtube.com
Email: dmca-agent@google.com

      *RE:*    **NOTIFICATION OF COPYRIGHT INFRINGEMENT**
                **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

     I represent Nippon Hoso Kyokai, a Japanese corporation (hereinafter called "NHK "), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

     It has recently come to NHK's attention that certain users of your services have stolen visuals from NHK 's unreleased video and posts them before they are officially released. More specifically identified under the column entitled "Infringing Account" in Exhibit A (referred to as the "Infringing Account"), corresponding to each of the Original Work identified in Exhibit A.

     NHK has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

     We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

Extibit A

| | Title of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|
| 1 | Welcome to Demon School! Iruma-kun | https://www.web.nhk/tv/pl/series-tep-99R9K6P548 | https://www.youtube.com/watch?v=SALc8ZI_5zA | https://www.youtube.com/channel/UCf7cQABxmQQmwgcwnREpLyA |
| 2 | Cardcaptor Sakura | https://www2.nhk.or.jp/archives/movies/?id=D0009010454_00000 | https://www.youtube.com/watch?v=eciBofoidOA | https://www.youtube.com/channel/UCHhnf3RgHabfk5f2gUX6EVQ |
| 3 | Grand Sumo Live | https://www.web.nhk/tv/pl/series-tep-Z8WRRJ9K96?cid=spohk-jp-nhksports-202405-carousel | https://www.youtube.com/watch?v=0rWt4-TI-Hs | https://www.youtube.com/channel/UCRMii3b1yK3xyNRALi3hJ-A |
| 4 | tiny desk concerts JAPAN (Fujii Kaze) | https://www.web.nhk/tv/pl/series-tep-KXVP6WG6VM/ep/P357YYRWN2 | https://www.youtube.com/watch?v=aHCjJCWnT_s | https://www.youtube.com/channel/UC6WEiiijQvBbTSZWybabBCw |
| 5 | Radirer! Sunday | https://www.nhk.jp/p/radirer/rs/88W859PYQ9/ | https://www.youtube.com/watch?v=44HAdPAW3UM | https://www.youtube.com/channel/UCcdqcI_4b2_CgGHYqsgafDA |